# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUANE ARLINE, JR., | 1:07-cv-01097-LJO-GSA-PC |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO FILE ANSWER TO COMPLAINT |
| v. | (Doc. 4.) |
| WARDEN KEN CLARK, | THIRTY DAY DEADLINE |
| Defendant. / | |

Keith Duane Arline, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint commencing this action on June 27, 2007 in the Western Division of the United States District Court of the Central District. The case was transferred to the Eastern District on July 16, 2007. (Doc. 4.)

On May 15, 2009, defendant Ken Clark filed a motion to dismiss. (Doc. 22.) On March 31, 2010, the court granted in part and denied in part Defendant's motion to dismiss. (Doc. 40.) This action now proceeds on the original complaint against Defendant Ken Clark, on plaintiff's claims for inadequate outdoor exercise under the Eighth Amendment, with regard to only two specific instances of modified programming, one beginning on August 15, 2006, and the other beginning on October 20, 2006. (Doc. 41.)

1    At this stage of the proceedings, IT IS HEREBY ORDERED that Defendant Ken Clark shall
2 file an answer to the complaint, within thirty days from the date of service of this order.

4    IT IS SO ORDERED.

5    **Dated:   June 1, 2010**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE