# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUANE ARLINE JR., | CASE NO. 1:07-cv-01097-LJO-GBC PC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE |
| v. | |
| KEN CLARK, | (Doc. 55) |
| Defendant. | |

_____/

     Plaintiff Keith Duane Arline, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 27, 2007, and a scheduling order was issued July 6, 2010.  This action is currently in the discovery phase, and on September 10, 2010, Defendant filed a motion seeking leave to depose Plaintiff by video conference.  Fed. R. Civ. P. 30(b)(4).

     Good cause having been shown, Defendant's motion is HEREBY GRANTED.


IT IS SO ORDERED.

Dated:    September 28, 2010

                             UNITED STATES MAGISTRATE JUDGE