# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUANE ARLINE, JR., | CASE NO. 1:07-cv-01097-LJO-GBC PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| KEN CLARK, | (Doc. 58) |
| Defendants. | ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |
| | (Doc. 57) |

Plaintiff Keith Duane Arline, Jr., a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed a motion seeking the issuance of a preliminary injunction mandating the return of his legal property on September 10, 2010. (Doc. 57.) On September 28, 2010, the Magistrate Judge filed findings and recommendations herein which was served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty one days. (Doc. 58.) Plaintiff filed objections to findings and recommendations on October 8, 2010. (Doc. 63.) The Court has read and considered Plaintiff's objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed September 28, 2010, is adopted in full; and
2. Plaintiff's motion for a temporary restraining order filed September 10, 2010 is DENIED.

IT IS SO ORDERED.

Dated:   October 13, 2010                /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE