IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUANE ARLINE, JR., | 1:07-cv-01097-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S REQUEST TO POSTPONE CONSIDERATION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| KEN CLARK, | |
| Defendants. | (ECF Nos. 74 & 73) |
| _____/ | OPPOSITION DUE WITHIN THIRTY DAYS |

## ORDER

Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 18, 2011, Plaintiff filed a motion to extend time to reply to Defendant's motion for summary judgment. (ECF No. 74.)  Plaintiff is granted thirty (30) days from the date of service of this Order in which to file an Opposition to Defendant's Motion for Summary Judgment.

On May 18, 2011, Plaintiff also filed a Motion to Postpone Consideration of Defendant's Motion for Summary Judgment. (ECF No. 73.)  Plaintiff states that he

1 would like the postponement because he does not have a copy of the entire
2 deposition transcript.  Plaintiff states that a copy of the transcript was requested during
3 the deposition, but that he has not received one nor was he given information on how
4 to obtain one.
5     In response, Defendant notes that Government Code § 69954(d) prohibits
6 Defendant from providing Plaintiff with a full copy of the deposition transcript.
7 Defendant states that Plaintiff can purchase a copy and gives the companies
8 information.
9     Under Rule 30(e)(1)(A), "the deponent must be allowed 30 days after being
10 notified by the officer that the transcript or recording is available in which . . . to review
11 the transcript or recording", if the request for such a review was made before the
12 deposition was completed.  Plaintiff does not state that he made such a request.  If
13 Plaintiff requested a <u>review</u> of the full transcript during the deposition, Defendant must
14 facilitate this review.
15     Defendant cites a Government Code Section in opposition to Plaintiff's
16 statement.  However, Defendant does not cite any authority as to why or how this
17 Code Section is applicable in this federal proceeding, or, if in fact, it somehow trumps
18 the Federal Rules of Civil Procedure.
19     Accordingly, it is HEREBY ORDERED that:
20     1.   Plaintiff's Motion for Extension of time is GRANTED;
21     2.   Plaintiff's opposition to Defendant's Motion for Summary Judgment is
22          due within thirty days; and
23     3.   Plaintiff's Request to Postpone Consideration of Defendant's Motion for
24          Summary Judgment is DENIED.
25
26     IT IS SO ORDERED.
27
28 Dated:   May 23, 2011

UNITED STATES MAGISTRATE JUDGE