# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DUANE ARLINE, JR., | CASE NO. 1:07-cv-01097-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION AND STRIKING PLAINTIFF'S SURREPLIES |
| v. | |
| KEN CLARK, | (ECF Nos. 86, 87, 88, & 89) |
| Defendant. | |

Plaintiff Keith Duane Arline, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 19, 2011, Defendant filed a Motion for Summary Judgment. (ECF No. 79.) Plaintiff filed an opposition on June 27, 2011, and Defendant filed a reply on June 29, 2011. (ECF Nos. 82, 83, 84, & 85.) On July 20, 2011, Plaintiff filed three surreplies. (ECF Nos. 86, 87, & 88.) Defendant filed a Motion to Strike on July 28, 2011. (ECF No. 89.) Plaintiff did not file a response to the Motion.

Parties do not have a right to file a surreply under the Local Rules or the Federal Rules of Civil Procedure. See Local Rule 230(I).

Therefore, Defendant's Motion to Strike is GRANTED and Plaintiff's surreplies are ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: September 2, 2011

UNITED STATES MAGISTRATE JUDGE

1